# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Jeffrey Scott Crisp et al. v. Monsanto Company* | |
| Case No. 3:22-cv-01753-VC | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs and fees.

Counsel for Plaintiff has read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation has been sent to the Common Benefit Fund. Counsel for Plaintiff further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

Executed this 26th day of August, 2024.

| | |
|---|---|
| */s/ Jennifer A. Moore* | */s/ Anthony Martinez (with written permission)* |
| Jennifer A. Moore | Anthony Martinez |
| MOORE LAW GROUP, PLLC | SHOOK HARDY & BACON L.L.P |
| 1473 South Fourth Street | 600 Travis Street, Suite 3400 |
| Louisville, KY  40208 | Houston, TX 77002-2926 |
| Phone: (502) 717-4080 | Phone: (713) 227-8008 |
| Fax: (502) 717-4086 | Fax: (713) 227-9508 |
| jennifer@moorelawgroup.com | amartinez@shb.com |
| | *Attorneys for Defendant MONSANTO COMPANY* |

Robert A. Cooley
COOLEY & OFFILL LAW FIRM
1412 Frederica Street
Owensboro, KY 42301
Phone: (270) 685-5586
Fax: (888) 686-9759
rcooley@cooleyoffill.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 26th day of August, 2024, I electronically transmitted the foregoing to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

    */s/ Jennifer A. Moore*
Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 South Fourth Street
Louisville, KY  40208
Phone: (502) 717-4080
Fax: (502) 717-4086
jennifer@moorelawgroup.com